IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:11cr42-MHT |
| **LESTER HARRIS WARD** | ) | (WO) |

OPINION AND ORDER

This criminal case is now before the court on the question of whether defendant Lester Harris Ward has the mental capacity to participate in the criminal proceedings on whether he had violated the conditions of his supervised release, that is, whether he is suffering, or at any time during these criminal proceedings has suffered, from a mental disease or defect rendering him mentally incompetent to the extent that he is not able to understand the nature and consequences of the proceedings against him or to assist properly in his defense. See 18 U.S.C. § 4241(a). Based on evidence presented in open court on September 16, 2014, the court finds that he has the mental capacity.

During his first revocation hearing, Ward displayed confusion and other conduct that raised serious questions about his competency and his ability to understand the nature or significance of the proceedings. The court ordered a psychological evaluation to determine whether Ward was suffering from a mental disease or defect. See United States v. Ward, 2014 WL 1492858 (M.D. Ala. Apr. 16, 2014).  Ward received this psychological evaluation at the Metropolitan Correctional Center in Chicago, Illinois, by Ron Nieberding, Ph.D., a licensed clinical psychologist. Dr. Nieberding concluded that Ward was suffering from "posttraumatic stress disorder," substance-abuse problems, and antisocial-personality traits. However, Dr. Nieberding credibly found that Ward appeared competent to proceed to criminal adjudication, as he is able to maintain an accurate factual and rational understanding of his current legal case and is capable of assisting counsel. See Competency Evaluation submitted by Dr. Ron Nieberding, Ph.D., dated August 8,

2

2014 (doc. no. 66), at 12-13. Dr. Nieberding also credibly concluded, and the court so finds, that Ward was capable of understanding the nature and quality of his actions at the time of the violations. <u>See</u> Criminal Responsibility Evaluation submitted by Dr. Ron Nieberding, Ph.D., dated August 8, 2014 (doc. no. 67), at 4. Furthermore, in open court on September 16, 2014, defense counsel agreed that Ward is mentally competent to stand trial.

Therefore, based upon the psychological evaluations and other evidence as well as the court's own personal observations and pursuant to 18 U.S.C. § 4241(a), the court concludes that, even if there were reasonable cause earlier, the court is now convinced that Ward is not currently suffering, nor has he suffered during these criminal proceedings, from a mental disease or defect such that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

* * *

Accordingly, it is ORDERED that defendant Lester Harris Ward is declared mentally competent, that is, he is not currently suffering, nor has he suffered during these criminal revocation proceedings, from a mental disease or defect such that he is unable to understand the nature and consequences of the revocation proceedings against him or to assist properly in his defense.

DONE, this the 19th day of September, 2014.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE