IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **1:11cr42-MHT** |
| | ) | **(WO)** |
| **LESTER HARRIS WARD** | ) | |

## ORDER

Based on the representations made by the parties on the record during a conference call on December 2, 2014, it is ORDERED that:

(1) The government's motion to modify the conditions of defendant Lester Harris Ward's supervised release (doc. no. 74) is granted as follows: Due to the unavailability of veteran-mentors, defendant Lester Harris Ward is no longer subject to the special condition of supervised release that he participate in a veteran's mentoring program.  However, counsel for the government should continue to make periodic assessments of future availability.

(2) Within 14 days from defendant Ward's release from the Veterans Administration (VA) Hospital in

Tuskegee, Alabama, where he is currently receiving medical treatment:

    (A) Defense counsel shall file with the court under seal a report from the VA on defendant Ward's current mental conditional.

    (B) Probation shall inform the court of defendant Ward's release and shall request a hearing on whether defendant Ward's conditions of release should be modified.

    (C) Probation shall inform the court of the status of the pending state-law public-intoxication charge against defendant Ward.

    DONE, this the 3rd day of December, 2014.

                                        /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**